IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NUMBER 13-283

JEROME JONES  :

ORDER

AND NOW, this 12th day of February, 2015, on consideration of the Motion of the government for dismissal of the second superseding indictment as to defendant Jerome Jones, the Court finds the ends of justice are served by granting the motion.

It is accordingly hereby

ORDERED

that the Second Superseding Indictment in this matter is dismissed as to defendant Jerome Jones.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
Judge, United States District Court